ARTHUR HARDONCOURT, Appellant, v. IRENE J. HARDONCOURT et al., Respondents.

Submitted September 25, 1939; decided October 3, 1939.

Motion to file remittitur in office of Clerk of county of Nassau, to amend remittitur and for a reargument denied, with ten dollars costs. (See 281 N. Y. 599.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS FRIEDLANDER, LOUIS YUKELSON, IRVING GLASSER, LOUIS GLASSER, JAMES ABISROR, SAMUEL JENKS, WILLIAM SWIRNOW, SAMUEL ZIFF, SAMUEL SWIRNOW and ISIDORE MARKOWITZ, Appellants.

Submitted September 25, 1939; decided October 3, 1939.

Motion to amend the remittitur denied. (See 280 N. Y. 437.)